Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

FILED ___ LODGED
RECEIVED ___ COPY

MAY 1 1 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

Frederick L. Cleveland
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

City of Willcox / Willcox P.D.
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes   ☐ No

CV 18-0245 TUC RCC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Frederick L. Cleveland
   Address: P.O Box 246
   Willcox  AZ  85644
   City / State / Zip Code
   County: Cochise
   Telephone Number: 520 507 6712
   E-Mail Address: FredCleveland@live.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Willcox Police Dept.
   Job or Title (if known): Officer Williams
   Address: 320 W. RexAllen Dr
   Willcox  AZ  85643
   City / State / Zip Code
   County: Cochise
   Telephone Number: 520 384 4673
   E-Mail Address (if known): NWilliams@willcoxcity.org
   [ ] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: City of Willcox
   Job or Title (if known):
   Address:
   Willcox  AZ  85643
   City / State / Zip Code
   County: Cochise
   Telephone Number:
   E-Mail Address (if known):
   [ ] Individual capacity   [ ] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Address

    _____
    *City*          *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Address

    _____
    *City*          *State*          *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

28 U.S.C code § 4101 and U.S. Constitutional Amendment 14.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Williams falsely arrested me and committed Defamation of character and City of Willcox is Responsible for the actions of it's Employees.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

In the City of Willcox at 2 different addresses

B. What date and approximate time did the events giving rise to your claim(s) occur?

04/25/17 9:38 pm, 02/4/18 approximate 10:00pm

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

IV.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress, mental anguish, Damage to my Reputation. Joann Vasquez is going around say I was Arrested for Domestic Violence that I'm a woman beater and a child molester. Now other people are also saying all because officer Williams falsely Arrest me on 04/25/17 @ for Domestic Violence and falsely Arrested me again on 2/4/18 This is on going.

V.  **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I sueing for Emotional distress, mental anguish, Damage to my Reputation, Hospital Bill and Because Now I can not own or purchase a Firearm Due to These false charges. I hereby request The Court award me $86,000.00 (eighty-six thousand) or what the Court Reffer's. Also The court order that The Dismissed charges be set aside and public Record sealed.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/08/18

Signature of Plaintiff _(signed)_
Printed Name of Plaintiff Frederick Cleveland

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
              _____
              *City*        *State*      *Zip Code*
Telephone Number _____
E-mail Address _____



① 

Back on April 25, 2017 I told a guy He had to get off The property at 606 Railroad Ave. Willcox. Willcox police was called Officer Williams showed up, Took a Report. Then an hour later Officer Williams came to my Apartment and charged me with Disorderly Conduct and Domestic Violence. When I went to Court the D.A. Said, I should not of Been Charged with Domestic Violence and Dismissed all charges. Therefore officer Williams Falsely arrested me and Falsely charged me with a crime I did not Committ.

Then again on Feb. 4, 2018 Officer Williams arrested me and charged me with Disorderly Conduct (Fighting), Threatening and intimidating, and Resisting arrest. I went to court April 19, 2018. The D.A. Said The charges are being dismissed for lack of evidence to support the charges. Therefore again officer Williams Falsely arrested me and Falsely charged me with a Crime I did not Committ.

Both cases were made public Record, Which stops me from owning or buying a Firearm. Also is causing me to be Harrassed.

Both Times officer Williams committ Defamation of character against me. Because They were made public Record and are being used against me even Though the charge were dismissed.

On or About April 16th, 2018 Joann Vasquez (A Lady in my Apartment complex) is telling people throughout the complex That I was arrested for domestic violence

continue →



Because I'm a woman beater and a child molester. I Filed an ~~intart~~ injunction against Harassment, on or About May 2, 2018 against Joann Vasquez.

Please see all attached documents for proof of all state Above.